**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CRIMINAL NO. 2:06CR2**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **LEONARD O'BRIEN PARKER** | ) | |

**THIS MATTER** is before the Court on Defendant's motions to suppress and for a *Jackson v. Denno* hearing regarding Defendant's statements to law enforcement officers.

By order entered this date, the Court has ordered the Defendant to undergo a psychiatric evaluation to determine his competency to stand trial. Therefore, these motions will be held in abeyance until such time as the Defendant is returned to this District and his mental competency established. After a competency hearing is held and a determination is made regarding the Defendant's competency, the pending motions to suppress are respectfully referred to the Magistrate Judge for a recommendation as to disposition.

**IT IS SO ORDERED**.

Signed: April 4, 2006

Lacy H. Thornburg
United States District Judge