IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06CR2

UNITED STATES OF AMERICA )
)
Vs. ) ORDER
)
LEONARD PARKER. )
)

**THIS MATTER** is before the court on the following motions of defendant:

(1) Second Standard Criminal Pretrial Motion (#28);

(2) Motion to Suppress (seized materials) (#30); and

(3) Motion for Hearing (#29).

Having considered those motions and reviewed the pleadings, and defendant having stated through counsel in open court that he is satisfied with the government's discovery and the government's return of certain seized property to his wife, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the defendant's

(1) Second Standard Criminal Pretrial Motion (#28) is **DENIED** as **MOOT**;

(2) Motion to Suppress (seized materials) (#30) is **DENIED** as **MOOT**; and

(3) Motion for Hearing (#29) is **DENIED** as previously allowed.

Signed: August 22, 2006

Dennis L. Howell
United States Magistrate Judge