# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| LEONARD O'BRIEN PARKER ) | |

**THIS MATTER** is before the Court on the Government's motions in limine.

The Government's first motion seeks to have the Court instruct the Defendant, who is now proceeding to trial *pro se* with standby counsel, that he may not approach the witness stand during the trial without permission of the Court. The Court will instruct the Defendant to hand exhibits to his standby counsel, and counsel may then approach the witness stand with the exhibits. Additionally, the Defendant is instructed that he may question the witnesses and address the Court only from a seated position at the defense table.

The next motion in limine requests the Court to instruct the Defendant that he may not present inadmissable hearsay evidence regarding the potential side-effects of the drug Paxil or similar drugs. A ruling on this motion will be deferred until such time as it becomes an issue during the trial.

**IT IS SO ORDERED.**

Signed: February 17, 2007

Lacy H. Thornburg
United States District Judge