# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| LEONARD O'BRIEN PARKER | ) | |

**THIS MATTER** is before the Court on receipt of a letter from the Defendant, which the Court construes as a *pro se* notice of appeal.

A status of counsel hearing was held on February 13, 2007, one week before the trial was scheduled to begin in this case, at which time the Court denied the Defendant's motion to appoint new counsel. Instead, the Court afforded the Defendant the option of continuing with his present court appointed counsel or proceeding to trial as his own attorney. The Defendant opted to represent himself at trial despite the warnings issued to him by the Court. In view of the Defendant's insistence that he wished to represent himself at trial, the Court requested Defendant's court appointed counsel, Joel Trilling, to remain as standby counsel.

The trial began on February 20, 2007, with the Defendant representing himself.  However, midway through the proceedings, the Defendant advised the Court he no longer wished to represent himself and asked the Court to reinstate his appointed counsel.  The Court granted the request and Mr. Trilling represented the Defendant for the remainder of the trial.

Inasmuch as Defendant is now represented by counsel, he may not file *pro se* motions with the Court.  Any matter needing the Court's attention must be made through counsel.  Although the Court will direct the Clerk to file the Defendant's letter as a notice of appeal, any future *pro se* filings in this case will be stricken from the record.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter to the Court dated February 21, 2007, be filed by the Clerk as a notice of appeal.

Signed: February 27, 2007

Lacy H. Thornburg
United States District Judge