IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL NO. 2:06CR2**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| LEONARD O'BRIEN PARKER | ) | |

**THIS MATTER** came on for hearing before the undersigned for sentencing on September 13, 2007.

At the time of sentencing, the Defendant proceeded in a *pro se* status. At the conclusion of the sentencing hearing, the Defendant requested that a notice of appeal be filed on his behalf. The Court stated on the record that the Defendant wished to appeal from his conviction and sentence.

**IT IS, THEREFORE, ORDERED** that the Defendant has filed a notice of appeal and the Court refers this matter to the United States Fourth Circuit Court of Appeals for the appointment of appellate counsel.

2

Signed: September 13, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge