# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO. 2:06CR2 |
| | ) | |
| vs. | ) | **ORDER TO DESTROY EVIDENCE** |
| | ) | |
| **LEONARD OBRIEN PARKER** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion for the destruction of evidence collected during the investigation of the charges herein.

For the reasons stated in the Government's motion and for good cause shown, the Court finds that the following items, which are now in the possession of the Federal Bureau of Investigation, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the following items are ordered destroyed in accordance with the usual procedures for such evidence:

  a. Taurus Millennium PT 138 Pistol S/N: KVG31769;
  b. Magazine with seven rounds of ammo;
  c. Five rounds of .380 ammunition;
  d. One box of .40 caliber ammunition.

Signed: December 30, 2008

Lacy H. Thornburg
United States District Judge